1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11

12  HAMDAN FAYAD,                          )
                                           )   No. C 10-1503 PVT
                Plaintiff,                 )
13                                         )
                                           )   **PARTIES' CONSENT TO MAGISTRATE**
14         v.                              )   **JUDGE JURISDICTION; STIPULATION**
                                           )   **TO DISMISS; AND [** xxxxxxxxxxxx
15  FRANCIS D. SICILIANO, ET AL.,          )   **ORDER**
                                           )
                Defendants.                )
16  _____ )

17      In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and

18  Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

19  conduct any and all further proceedings in the case, including trial, and order the entry of a final

20  judgment.

21      Additionally, Plaintiff, by and through his attorney of record, and Defendants, by and through

22  their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

23  above-entitled action without prejudice in light of the fact that the United States Citizenship and

24  Immigration Services issued a decision on Plaintiff's appeal of the denial of his application for

25  naturalization.

26  ///

27  ///

28
   Stipulation to Dismiss
   C 10-1503 PVT                           1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: June 14, 2010                    Respectfully submitted,

3 |                                         JOSEPH P. RUSSONIELLO
  |                                         United States Attorney

4 |

5 |                                                /s/
  |                                         _____
6 |                                         ILA C. DEISS[1]
  |                                         Assistant United States Attorney
  |                                         Attorneys for Defendants

7 |

8 |

9 | Date: June 14, 2010                             /s/
  |                                         _____
  |                                         ROBERT B. JOBE
10|                                         Attorney for Plaintiff

11|

12|                         **ORDER**

13|   Pursuant to stipulation, IT IS SO ORDERED.

14|

15|                                         *Patricia V. Trumbull*
  | Date:    June 15, 2010                  _____
16|                                         PATRICIA V. TRUMBULL
  |                                         United States Magistrate Judge

17|

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C 10-1503 PVT                          2